UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
3/22/2022
BY ___LAW___
DEPUTY CLERK

Robert W. Johnson,
_____
Plaintiff(s)

vs.

Trustage, et al.,
_____
Defendant(s)

Civil Action No: ___2:22-cv-70___

## APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff moves this Court for an order permitting him to file this action *in forma pauperis* without prepayment of fees and costs or security therefore because as the attached affidavit indicates, s/he is unable to pay such costs or give security therefore.

Dated at ___New York___, ~~Vermont~~, this ___16TH___ day of ___March___, 20__22__.

_____
Plaintiff

(Rev. 3/12)